IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00402-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

STEVEN JEBODIAH WIESE,

       Defendant.

---

**ORDER RELEASING DEFENDANT FROM
UNITED STATES MARSHAL SERVICE CUSTODY**

---

       THIS MATTER was before the Court for a supervised release revocation hearing on November 28, 2012. The Court, hereby

       ORDERS that the defendant be released from custody of the United States Marshal Service upon the date of his accepted placement into Independence House, residential reentry center.

       DATED at Denver, Colorado, this 29th day of November, 2012.

       BY THE COURT:


       s/ Wiley Y. Daniel
       WILEY Y. DANIEL, Chief Judge
       United States District Court