IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 04-cr-00402-WYD-01

UNITED STATES OF AMERICA,

       Plaintiff,

vs.

STEVEN JEBODIAH WIESE,

       Defendant.

## ORDER APPOINTING DR. LESLIE WINTERS FOR TREATMENT SERVICES

       THIS MATTER was before the Court for a supervised release revocation hearing on November 28, 2012. The Court, hereby

       ORDERS that the defendant be seen by Dr. Leslie Winters from the Aurora Mental Health Center, rather than Dr. Erica Weis, for mental health psychiatric treatment services.

       DATED at Denver, Colorado, this 10th day of January, 2013.

       BY THE COURT:

       s/ Wiley Y. Daniel
       WILEY Y. DANIEL, Senior Judge
       United States District Court